**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-039-RJC-DCK**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) **Plaintiff,** ) ) v. ) ) METRO SPECIAL POLICE & SECURITY SERVICES, INC., ) ) ) **Defendant.** ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the parties' oral request for an extension of the mediation deadline. Having carefully considered the parties' request and the record, and noting mutual consent, the undersigned will extend the deadline for mediation.

**IT IS, THEREFORE, ORDERED** that a report on the results of the parties' mediation of this matter shall be filed on or before **March 1, 2014**.

**SO ORDERED.**

Signed: September 30, 2013

David C. Keesler
United States Magistrate Judge