# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-CV-039-RJC-DCK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) **Plaintiff,** ) ) v. ) ) METRO SPECIAL POLICE & SECURITY SERVICES, INC., ) ) ) **Defendant.** ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff Equal Employment Opportunity Commission's ("EEOC") "Motion For Stay And Extension With Request For Expedited Ruling" (Document No. 10) filed October 1, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting counsel for Defendant does not object, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff Equal Employment Opportunity Commission's "Motion For Stay And Extension With Request For Expedited Ruling" (Document No. 10) is **GRANTED**. This action is hereby **STAYED** until EEOC attorneys are permitted to resume their usual civil litigation duties.

**IT IS FURTHER ORDERED** that the parties file a Status Report within ten (10) days of Plaintiff's counsel resuming usual civil litigation duties. The Status Report shall inform the Court what, if any, case deadlines should be revised.

**SO ORDERED.**

Signed: October 1, 2013

David C. Keesler
United States Magistrate Judge