# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO.  3:13-CV-039-RJC-DCK

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| METRO SPECIAL POLICE & SECURITY SERVICES, INC., | ) ) ) ) | |
| Defendant. | ) ) ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case and scheduling deadlines.  This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

The undersigned's staff recently received confirmation from Mediator Sarah J. Kromer that the parties have timely begun the mediation process, but will need additional time to complete mediation.  The Court commends the parties, counsel, and Ms. Kromer, for their efforts to resolve this case.  Based on Ms. Kromer's contact with this chamber, the undersigned finds good cause to extend the current mediation deadline.

**IT IS, THEREFORE, ORDERED** that the deadlines in this case are as follows:

| | |
|---|---|
| Discovery completion | **March 20, 2014**; |
| Mediation Report | **April 10, 2014**; |
| Dispositive Motions Deadline | **April 30, 2014**; |
| Trial | **September 8, 2014**. |

**IT IS FURTHER ORDERED** that pursuant to the Court's "Order" (Document No. 11),

and the parties' "Joint Status Report" (Document No. 12), the Stay of this case is hereby Lifted.

**SO ORDERED**.

Signed: February 25, 2014

David C. Keesler
United States Magistrate Judge