IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | Civil Action No. : 3:13-CV-39-RJC-DCK |
| Plaintiff, | ) ) | |
| v. | ) ) ) | PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT |
| METRO SPECIAL POLICE & SECURITY SERVICES, INC., | ) ) ) | SHOULD NOT BE HELD IN CONTEMPT OF COURT |
| Defendant. | ) ) ) | |

Plaintiff, the United States Equal Employment Opportunity Commission (the "Commission") moves this Court for entry of an order directing Defendant Metro Special Police & Security Services, Inc. ("Defendant") to show cause why Defendant should not be held in contempt of Court and subjected to sanctions for its continued violation of this Court's Order, dated June 13, 2014 (Doc. 23), and the corresponding Consent Decree agreed to by the parties. Specifically, Defendant has failed to pay the first installment of settlement monies to the Claimants as required by the Consent Decree. Therefore, for the reasons stated in the Commission's attached memorandum and because good cause exists, this Court should grant the EEOC's Motion for Order To Show Cause Why Defendant Should Not Be Held In Contempt Of Court.

Respectfully submitted, this the 3rd day of December, 2014.

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

P. DAVID LOPEZ
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

LYNETTE A. BARNES
Regional Attorney

KARA GIBBON HADEN
Supervisory Trial Attorney


s/ Stephanie M. Jones
STEPHANIE M. JONES (GA Bar#403598)
Trial Attorney
Charlotte District Office
129 West Trade Street, Suite 400
Charlotte, NC 28202
Phone:  (704) 954-6471
Fax:     (704) 954-6412
stephanie.jones@eeoc.gov

**ATTORNEYS FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2014, I electronically filed the above **PLAINTIFF EEOC'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT OF COURT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record at the email addresses listed below:

### Counsel for Defendant:

WILLIAM P. BRAY
Email: wbray@braylong.com

BRAY & LONG
2820 Selwyn Avenue, Suite 400
Charlotte, North Carolina 28209


EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,
Plaintiff

s/ Stephanie M. Jones
STEPHANIE M. JONES (GA Bar #403598)